# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 97CR2961-MMA |
|---|---|---|
| Plaintiff, | ) | **ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) | |
| CARLOS MUNOZ ESTAVILLO, | ) | |
| Defendant. | ) | |

Upon the government's motion, good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: April 22, 2016

HON. MICHAEL M. ANELLO
United States District Judge